**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-6142**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MAURICE LAVONTA WILLIAMS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Chief District Judge.  (4:03-cr-00128-RBS-TEM-1)

───────────

Submitted:  May 31, 2012                  Decided:  June 21, 2012

───────────

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Maurice Lavonta Williams, Appellant Pro Se.  Scott W. Putney, Assistant United States Attorney, Newport News, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Lavonta Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and conclude that Williams was not eligible for a sentence reduction because Amendment 750 to the Sentencing Guidelines did not lower the Guidelines range established in a prior § 3582 proceeding. With regard to Williams' claim on appeal that the district court should have permitted him to file a formal § 3582 motion, we conclude that the district court did not abuse its wide discretion in issues of case management. Cf. United States v. Allen, 491 F.3d 178, 192 (4th Cir. 2007). Finally, to the extent Williams reasserts the remaining arguments he raised in the district court, those arguments are foreclosed by United States v. Dunphy, 551 F.3d 247, 252-57 (4th Cir. 2009), and Dillon v. United States, 130 S. Ct. 2683, 2690-93 (2010). Accordingly, we affirm the district court's order denying relief under § 3582(c)(2). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED